# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA VANCE, | ) Case No.: 1:11-at-00474 |
| | ) |
| Plaintiff, | ) **ORDER GRANTING APPLICATION TO** |
| | ) **PROCEED IN FORMA PAUPERIS** |
| v. | ) |
| | ) (Doc. 3) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Plaintiff Donna Vance filed a complaint on August 5, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

**Dated:   August 8, 2011**          _____/s/ Sheila K. Oberto_____
UNITED STATES MAGISTRATE JUDGE