# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA VANCE,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____ | Case No.: 1:11-cv-01312-LJO-SKO<br><br>**ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER**<br><br>(Doc. 15) |

On January 19, 2012, Plaintiff filed a stipulated request for an extension of time to serve the Commissioner with a confidential letter brief as required by the Court's scheduling order. (Doc. 15.) Plaintiff indicates that due to her attorney's workload and the number and complexity of the issues in this case, additional time is needed. Pursuant to the stipulation, Plaintiff will serve the Commissioner with a confidential letter brief **on or before February 20, 2012.**

This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be **served on or before February 20, 2012**;

2. Commissioner's confidential letter brief shall be **served on or before March 29, 2012**;

3. Any stipulation to remand the case shall be **filed on or before April 13, 2012**;

1.  4. Plaintiff's opening brief shall be **filed on or before May 1, 2012**;
2.  5. Commissioner's responsive brief shall be **filed on or before May 31, 2012**; and
3.  6. Plaintiff may file a reply brief **on or before June 15, 2012**.[1]

IT IS SO ORDERED.

**Dated:** **January 23, 2012**           /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] These dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.