```
1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Donna Vance,<br>     Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>     Defendant. | CASE NO. 1:11-cv-01312-LJO-SKO<br><br>STIPULATION AND ORDER<br>FOR 4-DAY EXTENSION OF TIME TO<br>SUBMIT PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 4-day extension of time to submit an opening brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. Plaintiff's attorney has multiple out of town hearings last and this week.  The current due date for Plaintiff's Opening Brief is June 11, 2012. The new due date will be June 15, 2012.  The scheduling order should be modified accordingly.

Dated: June 11, 2012                /s/ Sengthiene Bosavanh

                                    SENGTHIENE BOSAVANH, ESQ.
                                    Attorney for Plaintiff

Dated: June 11, 2012                BENJAMIN B. WAGNER
                                    United States Attorney


                                    By: /s/Patrick William Snyder
                                    (as authorized via telephone by Jeffrey Chen)
                                    PATRICK WILLIAM SNYDER
                                    Special Assistant United States Attorney

1 **ORDER**

2  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

3  1. Plaintiff's opening brief shall be filed on or before June 15, 2012;

4  2. Defendant's opposition brief shall be filed on or before July 18, 2012; and

5  3. Any reply brief Plaintiff elects to submit shall be filed on or before August 6,

6  2012.

7

8  IT IS SO ORDERED.

9  **Dated:** __June 13, 2012__          _____/s/ Sheila K. Oberto_____
                                                        UNITED STATES MAGISTRATE JUDGE