```
Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Donna Vance,<br>　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br>　　　Defendant. | CASE NO. 1:11-cv-01312-LJO-SKO<br><br>STIPULATION AND ORDER<br>FOR 4-DAY EXTENSION OF TIME TO<br>SUBMIT PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 4-day extension of time to submit an opening brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. Plaintiff's attorney has multiple out of town hearings last and this week.  The current due date for Plaintiff's Opening Brief is June 11, 2012. The new due date will be June 15, 2012.  The scheduling order should be modified accordingly.

Dated: June 11, 2012                           /s/ Sengthiene Bosavanh

                                               SENGTHIENE BOSAVANH, ESQ.
                                               Attorney for Plaintiff

Dated: June 11, 2012                           BENJAMIN B. WAGNER
                                               United States Attorney


                                               By: /s/Patrick William Snyder
                                               (as authorized via telephone by Jeffrey Chen)
                                               PATRICK WILLIAM SNYDER
                                               Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before June 15, 2012;
2. Defendant's opposition brief shall be filed on or before July 18, 2012; and
3. Any reply brief Plaintiff elects to submit shall be filed on or before August 6, 2012.

IT IS SO ORDERED.

**Dated:   June 13, 2012**                              /s/ Sheila K. Oberto
                                                                              UNITED STATES MAGISTRATE JUDGE