# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA VANCE,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:11-cv-01312-LJO-SKO<br><br>**ORDER TO SHOW CAUSE** |

On June 11, 2012, Plaintiff sought a four-day extension of time to file her opening brief. (Doc. 22.) The requested extension of time was granted, and Plaintiff's opening brief was due on June 15, 2012. (Doc. 23.) Plaintiff failed to file an opening brief. This is the second time Plaintiff has failed to file an opening brief after receiving an extension of time, and the second order to show cause issued by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall **either**:

    a.   File an opening brief on or before July 2, 2012, **or**

    b.  Show cause **on or before July 2, 2012,** why this action should not be recommended for dismissal for failure to comply with the scheduling order for failure to file an opening brief; and

  2.  If Plaintiff fails to respond to this order to show cause by taking either of the actions set out above, the Court will recommend that the matter be dismissed.

IT IS SO ORDERED.

**Dated:**  **June 29, 2012**         /s/ **Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE